# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO

In Re:

|  |  |  |
|---|---|---|
| Michael Smith | : | Case No. 09-14939 |
| Ethel Blakey-Smith | : | Chapter 13 |
| **Debtors** | : | Judge Hopkins |
|  | : |  |
|  | : | **NOTICE OF FILING AMENDED VERIFICATION OF CREDITOR MATRIX** |
|  | : |  |

Now comes Debtor, by and through counsel, and gives notice of filing of the attached Amended Verification of Creditor Matrix. The creditors to be added to the matrix and additional parties to be given notice are on the attached document.

Respectfully submitted,

/s/ David A. Kruer (OH-0038987)
David A. Kruer (OH-0038987)
DEARFIELD, KRUER & COMPANY, LLC
118 W 5th Street, Suite E
Covington, KY 41011
(859) 291-7213
(859) 291-6513

## CERTIFICATE OF SERVICE

`
I hereby certify that a true copy of the foregoing was served by ordinary U.S. mail, and/or electronically filed, upon the U.S. Trustee, 36 E. 7th Street, Suite 2030, Cincinnati, Ohio 45202, and upon Margaret A. Burks, Chapter 13 Trustee, 600 Vine Street, Suite 2200, Cincinnati, Ohio 45202, this 1st day of October, 2009.

/s/ David A. Kruer (OH-0038987)
David A. Kruer (OH-0038987)

PNC Bank
Western Loan Center
2730 Liberty Ave BR Dept
Pittsburgh, PA 15222