# United States Bankruptcy Court
### Southern District of Ohio

In re  **Michael C. Smith**
     **Ethel E. Blakey-Smith**                                     Case No.  **1:09-bk-14939**
                              Debtor(s)                             Chapter   **13**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  **September 30, 2009**          **/s/ Michael C. Smith**
                                        **Michael C. Smith**
                                        Signature of Debtor

Date:  **September 30, 2009**          **/s/ Ethel E. Blakey-Smith**
                                        **Ethel E. Blakey-Smith**
                                        Signature of Debtor

I, **David A. Kruer OH-0038987**, counsel for the petitioner(s) in the above-styled bankruptcy action, declare that the attached Master Address List consisting of **1** page(s) has been verified by comparison to Schedules D through H to be complete, to the best of my knowledge. I further declare that the attached Master Address List can be relied upon by the Clerk of Court to provide notice to all creditors and parties in interest as related to me by the debtor(s) in the above-styled bankruptcy action until such time as any amendments may be made.

Date:  **September 30, 2009**          **/s/ David A. Kruer**
                                        Signature of Attorney
                                        **David A. Kruer OH-0038987**
                                        **Dearfield, Kruer & Company, LLC**
                                        **118 W. 5th Street, Suite E**
                                        **Covington, KY 41011**
                                        **(859) 291-7213   Fax: (859) 291-6513**

.

Carol Hyman-Smith
(last known address)
1648 Purpoletop Court
Grayson, GA 30017

Georgia Child Support Enforcement Office
3201 Atlanta Industrial Parkway, Ste 209
Atlanta, GA 30331-1147

Hamilton County CSEA
222 East Central Parkway
Cincinnati, OH 45202

Ohio Child Support Payment Central
50 West Town Street
5th Floor
Columbus, OH 43215

PNC BANK
Western Loan Center
2730 Liberty Ave BR Dept
Pittsburg, PA 15222