```
                    UNITED STATES BANKRUPTCY COURT
                      SOUTHERN DISTRICT OF OHIO
                          WESTERN DIVISION

   IN RE:                         :       CASE NO. 09-14939
                                          CHAPTER 13
        MICHAEL C. SMITH
        ETHEL E. BLAKEY-SMITH
        DEBTOR(S)                 :       JUDGE HOPKINS

           CERTIFICATION OF FAILURE OF SERVICE OF DSO NOTICE
```

Comes now the Chapter 13 Trustee, Margaret A. Burks and files this certification that she has been unable to effect service of the notice required by 11 U.S.C. Section 1302(d) to the domestic support obligation claim holder ("DSO Notice").

    __X__ The DSO Notice following discharge as required by Section 1302(C) sent to the claim holder at the address provided by the Debtor(s) has been returned by the United States Post Office as undeliverable.

    _____ Debtor has failed to provide an address for the claim holder.

Debtor is not eligible for a discharge until the Debtor(s) file a correct address for the claim holder with the Court, and the Trustee effects service of the DSO Notice on the claim holder.

    Respectfully Submitted,

/s/  __Margaret A. Burks, Esq.__
    Margaret A. Burks, Esq.
    Chapter 13 Trustee
    Attorney Reg. No. OH 0030377

    600 Vine Street, Suite 2200
    Cincinnati, Ohio  45202
    513-621-4488
    513-621-2643 (Facsimile)

CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing Certification was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 14th day of, 2009.

                                       /s/    Margaret A. Burks, Esq.
                                              Margaret A. Burks, Esq.

Michael C. Smith
Ethel E. Blakey-Smith
Debtor(s)
39 Citadel Drive
Fairfield, Ohio  45014

Dearfield, Kruer & Co., LLC.
Debtor(s)' Counsel
118 West Fifth Street
Covington, KY   41011

United States Trustee
36 East 7th Street
Suite 2030
Cincinnati, Ohio  45202