UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:

MICHAEL C SMITH                                      CASE NO. 09-14939
ETHEL E. BLAKEY-SMITH                                CHAPTER 13
39 CITADEL DRIVE                                     JUDGE JEFFERY P. HOPKINS
FAIRFIELD, OH  45014


a/k/a
ETHEL E. BLAKEY
          Debtors
SSN(1) XXX-XX-8684
SSN(2) XXX-XX-7786

---

NOTICE OF INTENTION TO PAY CLAIMS

The Chapter 13 Trustee, Margaret A Burks, hereby gives notice of her intent to pay the claims of creditors named in the amounts set forth below, pursuant to 11 U.S.C. Section 502 and Federal Rule of Bankruptcy Procedure 3002.

| NAME & ADDRESS OF CREDITOR | PERCENTAGE | AMOUNT | CLASSIFICATION |
|---|---|---|---|
| ASPIRE<br>PAYMENT PROCESSING<br>PO BOX 23007<br>COLUMBUS, GA  31902 | 10.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#: 0011<br>ACCT: 7786<br>COMMENT: |
| ATTORNEY GENERAL-STATE OF OHIO<br>COLLECTION ENFORCEMENT<br>150 E. GAY STREET, 21ST FLOOR<br>COLUMBUS, OH  43215 | 100.00 | $0.00 | NOTICE ONLY<br>CLM#: 0008<br>ACCT:<br>COMMENT: |
| AURGROUP CREDIT UNION<br>8811 HOLDEN BLVD.<br>FAIRFIELD, OH  45014 | 10.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#: 0012<br>ACCT: 8652<br>COMMENT: |
| AURGROUP CREDIT UNION<br>8811 HOLDEN BLVD.<br>FAIRFIELD, OH  45014 | 10.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#: 0013<br>ACCT: 8654<br>COMMENT: |
| AURGROUP CREDIT UNION<br>8811 HOLDEN BLVD.<br>FAIRFIELD, OH  45014 | 10.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#: 0014<br>ACCT: 3000<br>COMMENT: |
| CAPITAL ONE<br>PO BOX 650007<br>DALLAS, TX  75265 | 10.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#: 0015<br>ACCT: 2004<br>COMMENT: |
| CAPITAL ONE<br>PO BOX 650007<br>DALLAS, TX  75265 | 10.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#: 0016<br>ACCT: 3111<br>COMMENT: |

PAGE 2  -  CHAPTER 13 CASE NO. 09-14939

| NAME & ADDRESS OF CREDITOR | PERCENTAGE | AMOUNT | CLASSIFICATION |
|---|---|---|---|
| CAPITAL ONE<br>PO BOX 650007<br>DALLAS, TX  75265 | 10.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#:  0017<br>ACCT:  0582<br>COMMENT: |
| CAROL HYMAN-SMITH<br>LAST KNOWN ADDRESS)<br>1648 PURPOLETOP COURT<br>GRAYSON, GA  30017 | 100.00 | $0.00 | NOTICE ONLY<br>CLM#:  0003<br>ACCT:<br>COMMENT: |
| CASHLAND/CASH AMERICA<br>17 TRIANGLE PARK<br>CINCINNATI, OH  45246 | 10.00 | $1,271.10 | UNSECURED CREDITOR<br>CLM#:  0018<br>ACCT:  7786<br>COMMENT: |
| CHECK CITY RAINBOW/CHARLESTON<br>6820 W. CHARLESTON<br>LAS VEGAS, NV  89117 | 10.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#:  0019<br>ACCT:<br>COMMENT: |
| CHECK INTO CASH<br>PO BOX 550<br>CLEVELAND, TN  37364 | 10.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#:  0020<br>ACCT:  7786<br>COMMENT: |
| CHECKSMART<br>658 MAIN STREET<br>CINCINNATI, OH  45202 | 10.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#:  0021<br>ACCT:  7786<br>COMMENT: |
| CHECKSMART<br>701 POST ROAD, STE. 200<br>DUBLIN, OH  43016 | 10.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#:  0022<br>ACCT:  7786<br>COMMENT: |
| CINCINNATI WATER WORKS<br>4747 SPRING GROVE AVENUE<br>CINCINNATI, OH  45232 | 10.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#:  0023<br>ACCT:  8684<br>COMMENT: |
| CITY OF CINCINNATI<br>805 CENTRAL AVENUE<br>SUITE 600<br>CINCINNATI, OH  45202-5756 | 10.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#:  0024<br>ACCT:  4785<br>COMMENT: |
| CITY OF FOREST PARK<br>INCOME TAX DEPARTMENT<br>1201 W KEMPER ROAD<br>FOREST PARK, OH  45240 | 100.00 | $0.00<br>CLAIM HAS BEEN FILED BUT<br>A 30 DAY NOTICE IS PENDING | PRIORITY UNSECURED<br>CLM#:  0026<br>ACCT:  7786<br>COMMENT: |
| CONSERVICE<br>PO BOX 6307<br>LOGAN, UT  84341 | 10.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#:  0027<br>ACCT:  1796<br>COMMENT: |
| CONSERVICE<br>PO BOX 6307<br>LOGAN, UT  84341 | 100.00 | $0.00 | NOTICE ONLY<br>CLM#:  0028<br>ACCT:<br>COMMENT: |

PAGE 3  -  CHAPTER 13 CASE NO. 09-14939

| NAME & ADDRESS OF CREDITOR | PERCENTAGE | AMOUNT | CLASSIFICATION |
|---|---|---|---|
| COX COMMUICATIONS, INC.<br>PO BOX 6059<br>CYPRESS, CA  90630-0059 | 10.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#: 0029<br>ACCT: 7708<br>COMMENT: |
| DR. FRED BRONSON<br>4935 PADDOCK RD<br>CINCINNATI, OH  45237 | 10.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#: 0031<br>ACCT: 8684<br>COMMENT: |
| DR. FREEMAN & FRENCH<br>SHARON PARK LN<br>CINCINNATI, OH  45241 | 10.00 | $660.39 | UNSECURED CREDITOR<br>CLM#: 0032<br>ACCT: 1644<br>COMMENT: |
| eCAST SETTLEMENT CORP<br>P.O. BOX 35480<br>NEWARK, NJ  07193-5480 | 10.00 | $590.44 | UNSECURED CREDITOR<br>CLM#: 0035<br>ACCT: 4715<br>COMMENT: |
| eCAST SETTLEMENT CORP<br>P.O. BOX 35480<br>NEWARK, NJ  07193-5480 | 10.00 | $751.83 | UNSECURED CREDITOR<br>CLM#: 0036<br>ACCT: 2558<br>COMMENT: |
| ECMC<br>LOCKBOX 8682<br>P.O. BOX 75848<br>ST. PAUL, MN  55175-0848 | 10.00 | $7,974.12 | UNSECURED CREDITOR<br>CLM#: 0057<br>ACCT: 7786<br>COMMENT:  STUDENT LOAN |
| FEDERAL COLLECTION COMPANY<br>PO BOX 176141<br>FT MITCHELL, KY  41017 | 10.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#: 0033<br>ACCT: 1087<br>COMMENT: |
| GALAXY ASSET PURCHASING LLC<br>% B-LINE, LLC<br>MS 550,  P.O. BOX 91121<br>SEATTLE, WA  98111-9221 | 10.00 | $1,114.84 | UNSECURED CREDITOR<br>CLM#: 0009<br>ACCT: 9785<br>COMMENT: |
| GALAXY ASSET PURCHASING LLC<br>% B-LINE, LLC<br>MS 550,  P.O. BOX 91121<br>SEATTLE, WA  98111-9221 | 10.00 | $1,211.86 | UNSECURED CREDITOR<br>CLM#: 0010<br>ACCT: 9780<br>COMMENT: |
| GEORGIA CHILD SUPPORT<br>ENFORCEMENT OFFICE<br>3201 ATLANTA INDUSTRIAL PARKWAY,<br>STE 209<br>ATLANTA, GA  30331-1147 | 100.00 | $0.00 | NOTICE ONLY<br>CLM#: 0004<br>ACCT:<br>COMMENT: |
| GLOBAL CONTROL, INC.<br>PO BOX 750<br>GENEVA, OH  44041 | 100.00 | $0.00 | NOTICE ONLY<br>CLM#: 0025<br>ACCT:<br>COMMENT: |
| HAMILTON COUNTY CSEA<br>222 EAST CENTRAL PARKWAY<br>CINCINNATI, OH  45202 | 100.00 | $0.00 | NOTICE ONLY<br>CLM#: 0005<br>ACCT:<br>COMMENT: |

PAGE 4  -  CHAPTER 13 CASE NO. 09-14939

| NAME & ADDRESS OF CREDITOR | PERCENTAGE | AMOUNT | CLASSIFICATION |
|---|---|---|---|
| HEARTLAND REGINAL POWER CO.<br>PO BOX 183032<br>COLUMBUS, OH  43218 | 10.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#:  0034<br>ACCT:  7786<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P.O. BOX 21125<br>PHILADELPHIA, PA  19114 | 100.00 | $381.50 | SECURED CREDITOR<br>CLM#:  0001<br>ACCT:  8684<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P.O. BOX 21125<br>PHILADELPHIA, PA  19114 | 10.00 | $7,160.32 | UNSECURED CREDITOR<br>CLM#:  0058<br>ACCT:<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P.O. BOX 21125<br>PHILADELPHIA, PA  19114 | 100.00 | $17,966.06 | PRIORITY UNSECURED<br>CLM#:  0007<br>ACCT:  8684<br>COMMENT: |
| MACY'S<br>PO BOX 183083<br>COLUMBUS, OH  43218-3083 | 10.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#:  0038<br>ACCT:  7040<br>COMMENT: |
| MACY'S<br>PO BOX 183083<br>COLUMBUS, OH  43218-3083 | 10.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#:  0039<br>ACCT:  0810<br>COMMENT: |
| MERCY HEALTHPLEX<br>P.O. BOX 3050 MACKROW<br>FAIRFIELD, OH  45014 | 10.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#:  0052<br>ACCT:<br>COMMENT:  TO BE REJECTED |
| MID-ATLANTIC CAPITAL MANAGEMENT,<br>LLC<br>P.O. BOX 64400<br>BALTIMORE, MD  21264-4400 | 10.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#:  0040<br>ACCT:  7786<br>COMMENT: |
| NATIONAL CITY BANK<br>P.O. BOX 5570<br>CLEVELAND, OH  44101 | 10.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#:  0002<br>ACCT:  1182<br>COMMENT:  SEE PLAN #30 |
| NISSAN MOTOR ACCEPTANCE CORP.<br>P.O. BOX 660366<br>DALLAS, TX  75266-0366 | 10.00 | $8,062.27 | UNSECURED CREDITOR<br>CLM#:  0041<br>ACCT:  9386<br>COMMENT: |
| NISSAN MOTOR ACCEPTANCE CORP.<br>PO BOX 894732<br>LOS ANGELES, CA  90189-4732 | 100.00 | $0.00 | NOTICE ONLY<br>CLM#:  0042<br>ACCT:<br>COMMENT: |
| OCWEN LOAN SERVICING<br>ATTN: CASHIERING DEPARTMENT<br>PO BOX 785056<br>ORLANDO, FL  32878-5056 | 10.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#:  0043<br>ACCT:  2149<br>COMMENT: |

PAGE 5  -  CHAPTER 13 CASE NO. 09-14939

| NAME & ADDRESS OF CREDITOR | PERCENTAGE | AMOUNT | CLASSIFICATION |
|---|---|---|---|
| OHIO CHILD SUPPORT PAYMENT CENTRAL<br>PO BOX 182372<br>COLUMBUS, OH  43218 | 100.00 | $0.00 | NOTICE ONLY<br>CLM#:  0006<br>ACCT:<br>COMMENT: |
| OHIO CHILD SUPPORT PAYMENT CTR<br>P.O. BOX 182394<br>COLUMBUS, OH  43218-2394 | 100.00 | $0.00 | DIRECT PAY<br>CLM#:  0059<br>ACCT:  3089<br>COMMENT:  CAROL HYMAN |
| OHIO CHILD SUPPORT PAYMENT CTR<br>P.O. BOX 182394<br>COLUMBUS, OH  43218-2394 | 100.00 | $0.00 | DIRECT PAY<br>CLM#:  0060<br>ACCT:  3089<br>COMMENT:  CAROL HYMAN |
| OHIO VALLEY ORTHOPAEDICS<br>8044 MONTGOMERY ROAD, SUITE 100<br>CINCINNATI, OH  45236 | 10.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#:  0044<br>ACCT:  1910<br>COMMENT: |
| PNC BANK<br>WESTERN LOAN CENTER<br>2730 LIBERTY AVE BANKRUPTCY DE<br>PITTSBURGH, PA  15222 | 10.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#:  0053<br>ACCT:  7786<br>COMMENT:  OVERDRAFT FEES |
| PRA RECEIVABLES MANAGEMENT<br>P.O. BOX 12914<br>NORFOLK, VA  23541 | 10.00 | $658.96 | UNSECURED CREDITOR<br>CLM#:  0030<br>ACCT:  4888<br>COMMENT: |
| PRA RECEIVABLES MANAGEMENT, LLC<br>P.O. BOX 41067<br>NORFOLK, VA  23541 | 0.00 | $0.00 | NOTICE ONLY<br>CLM#:  0055<br>ACCT:<br>COMMENT: |
| PRINCIPAL INVESTMENTS INC. DBA RAPID<br>6115 W.FLAINGO RD. #A<br>LAS VEGAS, NV  89103 | 10.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#:  0045<br>ACCT:  7722<br>COMMENT: |
| RECOVERY MANAGEMENT SYSTEMS<br>25 SE 2ND AVENUE<br>SUITE 1120<br>MIAMI, FL  33131 | 10.00 | $164.21 | UNSECURED CREDITOR<br>CLM#:  0037<br>ACCT:  7894<br>COMMENT: |
| RESORT AT THE LAKES<br>9999 WEST KATIE AVENUE<br>LAS VEGAS, NV  89147 | 10.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#:  0046<br>ACCT:  84-2<br>COMMENT: |
| SEARS CREDIT CARDS<br>PO BOX 6937<br>THE LAKES, NV  88901-6937 | 10.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#:  0048<br>ACCT:  3405<br>COMMENT: |
| SPEEDY/RAPID CASH<br>3611 N. RIDGE RD<br>STE 101<br>WITCHITA, KS  67205 | 10.00 | $0.00<br>CLAIM HAS BEEN FILED BUT<br>A 30 DAY NOTICE IS PENDING | NOT SPECIFICALLY LISTED<br>CLM#:  0054<br>ACCT:  7786<br>COMMENT: |

PAGE 6  -  CHAPTER 13 CASE NO. 09-14939

| NAME & ADDRESS OF CREDITOR | PERCENTAGE | AMOUNT | CLASSIFICATION |
|---|---|---|---|
| STUDENT LOAN XPRESS, INC.<br>EDUCATION LOAN SERVICING CORP<br>1500 WEST 3RD AVE, SUITE 125<br>CLAIMS DEPARTMENT<br>CLEVELAND, OH  44113 | 10.00 | $16,306.95 | UNSECURED CREDITOR<br>CLM#:  0056<br>ACCT:  7786<br>COMMENT:  STUDENT LOAN |
| STUDENT LOAN XPRESS, INC.<br>EDUCATION LOAN SERVICING CORP<br>1500 WEST 3RD AVE, SUITE 125<br>CLAIMS DEPARTMENT<br>CLEVELAND, OH  44113 | 10.00 | $17,165.09 | UNSECURED CREDITOR<br>CLM#:  0047<br>ACCT:  7786<br>COMMENT:  STUDENT LOAN |
| TRAVEL ADVANTAGE NETWORK<br>PO BOX 64220<br>BALTIMORE, MD  21264-4220 | 10.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#:  0049<br>ACCT:  9139<br>COMMENT: |
| VILLAGES OF WILDWOOD<br>5877 ROSS RD<br>FAIRFIELD, OH  45014 | 10.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#:  0050<br>ACCT:  7786<br>COMMENT: |
| WELLS FARGO FINANCIAL<br>PO BOX 98784<br>LAS VEGAS, NV  89193-8784 | 10.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#:  0051<br>ACCT:  7786<br>COMMENT: |

PAGE 7  -  CHAPTER 13 CASE NO. 09-14939

The percentage in this case has been calculated to be **10.00%** at a minimum.  If this is a pot plan, and if additional claims are filed, otherwise withdrawn or disallowed, the percentage in this case may be adjusted.

Any objection to a claim must be filed pursuant to LBR 3007-1.  File an objection to the CLAIM, not to the Notice.

When relief from stay is granted, or the claim has otherwise been paid, the claim balance will be reflected as zero.

/s/   Margaret A. Burks, Esq.
Margaret A. Burks, Esq.
Chapter 13 Trustee
Attorney No. OH 0030377

Francis J. DiCesare, Esq.
Staff Attorney
Attorney No. OH 0038798

Karolina F. Perr, Esq.
Staff Attorney
Attorney No. OH 0066193

600 Vine Street, Suite 2200
Cincinnati, OH 45202
(513) 621-4488
(513) 621 2643 (Facsimile)
mburks@cinn13.org - Correspondence only
fdicesare@cinn13.org
kperr@cinn13.org
cincinnati@cinn13.org - Court Filings

<u>NOTICE</u>

If the relief sought in this Notice of Intention to Pay Claim(s) is opposed, a written response to the Notice of Intention to Pay Claim(s) must be filed within twenty one (21) days of the date of service as set forth in the certificate of service.  The Court is authorized to grant the relief requested without further notice should a timely response not be filed.