UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:
   MICHAEL C SMITH                                          CASE NO. 09-14939
   ETHEL E. BLAKEY-SMITH                         CHAPTER 13
   39 CITADEL DRIVE                                  JUDGE JEFFERY P. HOPKINS
   FAIRFIELD, OH  45014

   a/k/a
   ETHEL E. BLAKEY
             Debtors
   SSN(1) XXX-XX-8684
   SSN(2) XXX-XX-7786

### NOTICE OF INTENTION TO PAY CLAIMS

    The Chapter 13 Trustee, Margaret A Burks, hereby gives notice of her intent to pay the claims of creditors named in the amounts set forth below, pursuant to 11 U.S.C. Section 502 and Federal Rule of Bankruptcy Procedure 3002.

| NAME & ADDRESS OF CREDITOR | PERCENTAGE | AMOUNT | CLASSIFICATION |
|---|---|---|---|
| ASPIRE<br>PAYMENT PROCESSING<br>PO BOX 23007<br>COLUMBUS, GA  31902 | 10.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#: 0011<br>ACCT: 7786<br>COMMENT: |
| ATTORNEY GENERAL-STATE OF OHIO<br>COLLECTION ENFORCEMENT<br>150 E. GAY STREET, 21ST FLOOR<br>COLUMBUS, OH  43215 | 100.00 | $0.00 | NOTICE ONLY<br>CLM#: 0008<br>ACCT:<br>COMMENT: |
| AURGROUP CREDIT UNION<br>8811 HOLDEN BLVD.<br>FAIRFIELD, OH  45014 | 10.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#: 0012<br>ACCT: 8652<br>COMMENT: |
| AURGROUP CREDIT UNION<br>8811 HOLDEN BLVD.<br>FAIRFIELD, OH  45014 | 10.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#: 0013<br>ACCT: 8654<br>COMMENT: |
| AURGROUP CREDIT UNION<br>8811 HOLDEN BLVD.<br>FAIRFIELD, OH  45014 | 10.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#: 0014<br>ACCT: 3000<br>COMMENT: |
| CAPITAL ONE<br>PO BOX 650007<br>DALLAS, TX  75265 | 10.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#: 0015<br>ACCT: 2004<br>COMMENT: |
| CAPITAL ONE<br>PO BOX 650007<br>DALLAS, TX  75265 | 10.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#: 0016<br>ACCT: 3111<br>COMMENT: |

PAGE 2 - CHAPTER 13 CASE NO. 09-14939

| NAME & ADDRESS OF CREDITOR | PERCENTAGE | AMOUNT | CLASSIFICATION |
|---|---|---|---|
| CAPITAL ONE<br>PO BOX 650007<br>DALLAS, TX 75265 | 10.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#: 0017<br>ACCT: 0582<br>COMMENT: |
| CAROL HYMAN-SMITH<br>LAST KNOWN ADDRESS)<br>1648 PURPOLETOP COURT<br>GRAYSON, GA 30017 | 100.00 | $0.00 | NOTICE ONLY<br>CLM#: 0003<br>ACCT:<br>COMMENT: |
| CASHLAND/CASH AMERICA<br>17 TRIANGLE PARK<br>CINCINNATI, OH 45246 | 10.00 | $1,271.10 | UNSECURED CREDITOR<br>CLM#: 0018<br>ACCT: 7786<br>COMMENT: |
| CHECK CITY RAINBOW/CHARLESTON<br>6820 W. CHARLESTON<br>LAS VEGAS, NV 89117 | 10.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#: 0019<br>ACCT:<br>COMMENT: |
| CHECK INTO CASH<br>PO BOX 550<br>CLEVELAND, TN 37364 | 10.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#: 0020<br>ACCT: 7786<br>COMMENT: |
| CHECKSMART<br>658 MAIN STREET<br>CINCINNATI, OH 45202 | 10.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#: 0021<br>ACCT: 7786<br>COMMENT: |
| CHECKSMART<br>701 POST ROAD, STE. 200<br>DUBLIN, OH 43016 | 10.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#: 0022<br>ACCT: 7786<br>COMMENT: |
| CINCINNATI WATER WORKS<br>4747 SPRING GROVE AVENUE<br>CINCINNATI, OH 45232 | 10.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#: 0023<br>ACCT: 8684<br>COMMENT: |
| CITY OF CINCINNATI<br>805 CENTRAL AVENUE<br>SUITE 600<br>CINCINNATI, OH 45202-5756 | 10.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#: 0024<br>ACCT: 4785<br>COMMENT: |
| CITY OF FOREST PARK<br>INCOME TAX DEPARTMENT<br>1201 W KEMPER ROAD<br>FOREST PARK, OH 45240 | 100.00 | $0.00<br>CLAIM HAS BEEN FILED BUT<br>A 30 DAY NOTICE IS PENDING | PRIORITY UNSECURED<br>CLM#: 0026<br>ACCT: 7786<br>COMMENT: |
| CONSERVICE<br>PO BOX 6307<br>LOGAN, UT 84341 | 10.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#: 0027<br>ACCT: 1796<br>COMMENT: |
| CONSERVICE<br>PO BOX 6307<br>LOGAN, UT 84341 | 100.00 | $0.00 | NOTICE ONLY<br>CLM#: 0028<br>ACCT:<br>COMMENT: |

PAGE 3 - CHAPTER 13 CASE NO. 09-14939

| NAME & ADDRESS OF CREDITOR | PERCENTAGE | AMOUNT | CLASSIFICATION |
|---|---|---|---|
| COX COMMUICATIONS, INC.<br>PO BOX 6059<br>CYPRESS, CA 90630-0059 | 10.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#: 0029<br>ACCT: 7708<br>COMMENT: |
| DR. FRED BRONSON<br>4935 PADDOCK RD<br>CINCINNATI, OH 45237 | 10.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#: 0031<br>ACCT: 8684<br>COMMENT: |
| DR. FREEMAN & FRENCH<br>SHARON PARK LN<br>CINCINNATI, OH 45241 | 10.00 | $660.39 | UNSECURED CREDITOR<br>CLM#: 0032<br>ACCT: 1644<br>COMMENT: |
| eCAST SETTLEMENT CORP<br>P.O. BOX 35480<br>NEWARK, NJ 07193-5480 | 10.00 | $590.44 | UNSECURED CREDITOR<br>CLM#: 0035<br>ACCT: 4715<br>COMMENT: |
| eCAST SETTLEMENT CORP<br>P.O. BOX 35480<br>NEWARK, NJ 07193-5480 | 10.00 | $751.83 | UNSECURED CREDITOR<br>CLM#: 0036<br>ACCT: 2558<br>COMMENT: |
| ECMC<br>LOCKBOX 8682<br>P.O. BOX 75848<br>ST. PAUL, MN 55175-0848 | 10.00 | $7,974.12 | UNSECURED CREDITOR<br>CLM#: 0057<br>ACCT: 7786<br>COMMENT: STUDENT LOAN |
| FEDERAL COLLECTION COMPANY<br>PO BOX 176141<br>FT MITCHELL, KY 41017 | 10.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#: 0033<br>ACCT: 1087<br>COMMENT: |
| GALAXY ASSET PURCHASING LLC<br>% B-LINE, LLC<br>MS 550, P.O. BOX 91121<br>SEATTLE, WA 98111-9221 | 10.00 | $1,114.84 | UNSECURED CREDITOR<br>CLM#: 0009<br>ACCT: 9785<br>COMMENT: |
| GALAXY ASSET PURCHASING LLC<br>% B-LINE, LLC<br>MS 550, P.O. BOX 91121<br>SEATTLE, WA 98111-9221 | 10.00 | $1,211.86 | UNSECURED CREDITOR<br>CLM#: 0010<br>ACCT: 9780<br>COMMENT: |
| GEORGIA CHILD SUPPORT<br>ENFORCEMENT OFFICE<br>3201 ATLANTA INDUSTRIAL PARKWAY,<br>STE 209<br>ATLANTA, GA 30331-1147 | 100.00 | $0.00 | NOTICE ONLY<br>CLM#: 0004<br>ACCT:<br>COMMENT: |
| GLOBAL CONTROL, INC.<br>PO BOX 750<br>GENEVA, OH 44041 | 100.00 | $0.00 | NOTICE ONLY<br>CLM#: 0025<br>ACCT:<br>COMMENT: |
| HAMILTON COUNTY CSEA<br>222 EAST CENTRAL PARKWAY<br>CINCINNATI, OH 45202 | 100.00 | $0.00 | NOTICE ONLY<br>CLM#: 0005<br>ACCT:<br>COMMENT: |

PAGE 4 - CHAPTER 13 CASE NO. 09-14939

| NAME & ADDRESS OF CREDITOR | PERCENTAGE | AMOUNT | CLASSIFICATION |
|---|---|---|---|
| HEARTLAND REGINAL POWER CO.<br>PO BOX 183032<br>COLUMBUS, OH 43218 | 10.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#: 0034<br>ACCT: 7786<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P.O. BOX 21125<br>PHILADELPHIA, PA 19114 | 100.00 | $381.50 | SECURED CREDITOR<br>CLM#: 0001<br>ACCT: 8684<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P.O. BOX 21125<br>PHILADELPHIA, PA 19114 | 10.00 | $7,160.32 | UNSECURED CREDITOR<br>CLM#: 0058<br>ACCT:<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P.O. BOX 21125<br>PHILADELPHIA, PA 19114 | 100.00 | $17,966.06 | PRIORITY UNSECURED<br>CLM#: 0007<br>ACCT: 8684<br>COMMENT: |
| MACY'S<br>PO BOX 183083<br>COLUMBUS, OH 43218-3083 | 10.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#: 0038<br>ACCT: 7040<br>COMMENT: |
| MACY'S<br>PO BOX 183083<br>COLUMBUS, OH 43218-3083 | 10.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#: 0039<br>ACCT: 0810<br>COMMENT: |
| MERCY HEALTHPLEX<br>P.O. BOX 3050 MACKROW<br>FAIRFIELD, OH 45014 | 10.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#: 0052<br>ACCT:<br>COMMENT: TO BE REJECTED |
| MID-ATLANTIC CAPITAL MANAGEMENT, LLC<br>P.O. BOX 64400<br>BALTIMORE, MD 21264-4400 | 10.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#: 0040<br>ACCT: 7786<br>COMMENT: |
| NATIONAL CITY BANK<br>P.O. BOX 5570<br>CLEVELAND, OH 44101 | 10.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#: 0002<br>ACCT: 1182<br>COMMENT: SEE PLAN #30 |
| NISSAN MOTOR ACCEPTANCE CORP.<br>P.O. BOX 660366<br>DALLAS, TX 75266-0366 | 10.00 | $8,062.27 | UNSECURED CREDITOR<br>CLM#: 0041<br>ACCT: 9386<br>COMMENT: |
| NISSAN MOTOR ACCEPTANCE CORP.<br>PO BOX 894732<br>LOS ANGELES, CA 90189-4732 | 100.00 | $0.00 | NOTICE ONLY<br>CLM#: 0042<br>ACCT:<br>COMMENT: |
| OCWEN LOAN SERVICING<br>ATTN: CASHIERING DEPARTMENT<br>PO BOX 785056<br>ORLANDO, FL 32878-5056 | 10.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#: 0043<br>ACCT: 2149<br>COMMENT: |

PAGE 5  -  CHAPTER 13 CASE NO. 09-14939

| NAME & ADDRESS OF CREDITOR | PERCENTAGE | AMOUNT | CLASSIFICATION |
|---|---|---|---|
| OHIO CHILD SUPPORT PAYMENT<br>CENTRAL<br>PO BOX 182372<br>COLUMBUS, OH  43218 | 100.00 | $0.00 | NOTICE ONLY<br>CLM#: 0006<br>ACCT:<br>COMMENT: |
| OHIO CHILD SUPPORT PAYMENT CTR<br>P.O. BOX 182394<br>COLUMBUS, OH  43218-2394 | 100.00 | $0.00 | DIRECT PAY<br>CLM#: 0059<br>ACCT: 3089<br>COMMENT:  CAROL HYMAN |
| OHIO CHILD SUPPORT PAYMENT CTR<br>P.O. BOX 182394<br>COLUMBUS, OH  43218-2394 | 100.00 | $0.00 | DIRECT PAY<br>CLM#: 0060<br>ACCT: 3089<br>COMMENT:  CAROL HYMAN |
| OHIO VALLEY ORTHOPAEDICS<br>8044 MONTGOMERY ROAD, SUITE 100<br>CINCINNATI, OH  45236 | 10.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#: 0044<br>ACCT: 1910<br>COMMENT: |
| PNC BANK<br>WESTERN LOAN CENTER<br>2730 LIBERTY AVE BANKRUPTCY DE<br>PITTSBURGH, PA  15222 | 10.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#: 0053<br>ACCT: 7786<br>COMMENT:  OVERDRAFT FEES |
| PRA RECEIVABLES MANAGEMENT<br>P.O. BOX 12914<br>NORFOLK, VA  23541 | 10.00 | $658.96 | UNSECURED CREDITOR<br>CLM#: 0030<br>ACCT: 4888<br>COMMENT: |
| PRA RECEIVABLES MANAGEMENT, LLC<br>P.O. BOX 41067<br>NORFOLK, VA  23541 | 0.00 | $0.00 | NOTICE ONLY<br>CLM#: 0055<br>ACCT:<br>COMMENT: |
| PRINCIPAL INVESTMENTS INC. DBA<br>RAPID<br>6115 W.FLAINGO RD. #A<br>LAS VEGAS, NV  89103 | 10.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#: 0045<br>ACCT: 7722<br>COMMENT: |
| RECOVERY MANAGEMENT SYSTEMS<br>25 SE 2ND AVENUE<br>SUITE 1120<br>MIAMI, FL  33131 | 10.00 | $164.21 | UNSECURED CREDITOR<br>CLM#: 0037<br>ACCT: 7894<br>COMMENT: |
| RESORT AT THE LAKES<br>9999 WEST KATIE AVENUE<br>LAS VEGAS, NV  89147 | 10.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#: 0046<br>ACCT: 84-2<br>COMMENT: |
| SEARS CREDIT CARDS<br>PO BOX 6937<br>THE LAKES, NV  88901-6937 | 10.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#: 0048<br>ACCT: 3405<br>COMMENT: |
| SPEEDY/RAPID CASH<br>3611 N. RIDGE RD<br>STE 101<br>WITCHITA, KS  67205 | 10.00 | $0.00<br>CLAIM HAS BEEN FILED BUT<br>A 30 DAY NOTICE IS PENDING | NOT SPECIFICALLY LISTED<br>CLM#: 0054<br>ACCT: 7786<br>COMMENT: |

PAGE 6 - CHAPTER 13 CASE NO. 09-14939

| NAME & ADDRESS OF CREDITOR | PERCENTAGE | AMOUNT | CLASSIFICATION |
|---|---|---|---|
| STUDENT LOAN XPRESS, INC.<br>EDUCATION LOAN SERVICING CORP<br>1500 WEST 3RD AVE, SUITE 125<br>CLAIMS DEPARTMENT<br>CLEVELAND, OH  44113 | 10.00 | $16,306.95 | UNSECURED CREDITOR<br>CLM#:  0056<br>ACCT:  7786<br>COMMENT:  STUDENT LOAN |
| STUDENT LOAN XPRESS, INC.<br>EDUCATION LOAN SERVICING CORP<br>1500 WEST 3RD AVE, SUITE 125<br>CLAIMS DEPARTMENT<br>CLEVELAND, OH  44113 | 10.00 | $17,165.09 | UNSECURED CREDITOR<br>CLM#:  0047<br>ACCT:  7786<br>COMMENT:  STUDENT LOAN |
| TRAVEL ADVANTAGE NETWORK<br>PO BOX 64220<br>BALTIMORE, MD  21264-4220 | 10.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#:  0049<br>ACCT:  9139<br>COMMENT: |
| VILLAGES OF WILDWOOD<br>5877 ROSS RD<br>FAIRFIELD, OH  45014 | 10.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#:  0050<br>ACCT:  7786<br>COMMENT: |
| WELLS FARGO FINANCIAL<br>PO BOX 98784<br>LAS VEGAS, NV  89193-8784 | 10.00 | $0.00<br>CLAIM NOT FILED | UNSECURED CREDITOR<br>CLM#:  0051<br>ACCT:  7786<br>COMMENT: |

The percentage in this case has been calculated to be 10.00% at a minimum. If this is a pot plan, and if additional claims are filed, otherwise withdrawn or disallowed, the percentage in this case may be adjusted.

Any objection to a claim must be filed pursuant to LBR 3007-1. File an objection to the CLAIM, not to the Notice.

When relief from stay is granted, or the claim has otherwise been paid, the claim balance will be reflected as zero.

/s/ Margaret A. Burks, Esq.
Margaret A. Burks, Esq.
Chapter 13 Trustee
Attorney No. OH 0030377

Francis J. DiCesare, Esq.
Staff Attorney
Attorney No. OH 0038798

Karolina F. Perr, Esq.
Staff Attorney
Attorney No. OH 0066193

600 Vine Street, Suite 2200
Cincinnati, OH 45202
(513) 621-4488
(513) 621 2643 (Facsimile)
mburks@cinn13.org - Correspondence only
fdicesare@cinn13.org
kperr@cinn13.org
cincinnati@cinn13.org - Court Filings

## NOTICE

If the relief sought in this Notice of Intention to Pay Claim(s) is opposed, a written response to the Notice of Intention to Pay Claim(s) must be filed within twenty one (21) days of the date of service as set forth in the certificate of service. The Court is authorized to grant the relief requested without further notice should a timely response not be filed.

# CERTIFICATE OF NOTICE

```
District/off: 0648-1           User: wartmanb                 Page 1 of 2                   Date Rcvd: Feb 02, 2010
Case: 09-14939                 Form ID: pdf13                 Total Noticed: 54
```

The following entities were noticed by first class mail on Feb 04, 2010.
```
db/jdb       +Michael C Smith,   Ethel E. Blakey-Smith,   39 Citadel Drive,   Fairfield, OH 45014-8565
12644294      Applied Card Bank,   PO Box 17120,   Wilmington, DE 19886-7120
12644295     +Aspire,   Payment Processing,   PO Box 23007,   Columbus, GA 31902-3007
12644296     +Attorney General,   Attn: Bankruptcy Staff,   101 East Town Street,   Columbus, OH 43215-5187
12644297     +Aurgroup Credit Union,   8811 Holden Blvd.,   Fairfield, OH 45014-2109
13024620     +CASHLAND/CASH AMERICA,   17 TRIANGLE PARK,   CINCINNATI, OH 45246-3411
12644298     +Capital One,   PO Box 650007,   Dallas, TX 75265-0007
12644299     +Carol Hyman-Smith,   last known address),   1648 Purpoletop Court,   Grayson, GA 30017-4167
12644301     +Check City Rainbow/Charleston,   6820 W. Charleston,   Las Vegas, NV 89117-1634
12644302     +Check Into Cash,   PO Box 550,   Cleveland, TN 37364-0550
12644304      Checksmart,   701 Post Road, Ste. 200,   Dublin, OH 43016
12644305     +Cincinnati Water Works,   4747 Spring Grove Avenue,   Cincinnati, OH 45232-1986
12644306      City of Cincinnati,   805 Central Avenue,   Suite 600,   Cincinnati, OH 45202-5756
12644307     +City of Forest Park,   Income Tax Division,   1201 West Kemper Road,   Cincinnati, OH 45240-1617
12644308     +Conservice,   PO Box 6307,   Logan, UT 84341-6307
12644309      Cox Commuications, Inc.,   PO Box 6059,   Cypress, CA 90630-0059
12644310     +Credit One Bank,   P.O. Box 60500,   City Of Industry, CA 91716-0500
12644311     +Dr. Fred Bronson,   4935 Paddock Rd,   Cincinnati, OH 45237-5548
12644312      Dr. Freeman & French,   Sharon Park Ln,   Cincinnati, OH 45241
12644313     +Federal Collection Company,   PO Box 176141,   Ft Mitchell, KY 41017-6141
13057821      Galaxy Asset Purchasing, LLC.,   MS 550,   PO Box 91121,   Seattle, WA 98111-9221
12644314     +Georgia Child Support Enforcement Office,   3201 Atlanta Industrial Parkway, Ste 209,
               Atlanta, GA 30331-1047
12644315     +Global Control, Inc.,   PO Box 750,   Geneva, OH 44041-0750
12644318     +HSBC ( Orchard Bank),   P.O. Box 5222,   Carol Stream, IL 60197-5222
12644316     +Hamilton County CSEA,   222 East Central Parkway,   Cincinnati, OH 45202-1225
12644317     +Heartland Reginal Power Co.,   PO BOX 183032,   Columbus, OH 43218-3032
12745839      Internal Revenue Service,   PO Box 21126,   Philadelphia PA 19114
12644319     +Internal Revenue Service,   Attn: Chief, Special Procedures,   550 Main Street, Room 3525,
               Cincinnati, OH 45202-5203
12644321      Macy's,   PO Box 183083,   Columbus, OH 43218-3083
12644322      Mid-Atlantic Capital Management, LLC,   P.O. Box 64400,   Baltimore, MD 21264-4400
12644323     +National City Bank,   P.O. Box 5570,   Cleveland, OH 44101-0570
12726834      Nelnet on behalf of ECMC,   Educational Credit Management Corp,   Lockbox 8682 PO Box 75848,
               St. Paul MN 55175-0848
12644324      Nissan Motor Acceptance Corp.,   Bankruptcy Department,   PO Box 660366,   Dallas, TX 75266-0366
12644325      Nissan Motor Acceptance Corp.,   PO Box 894732,   Los Angeles, CA 90189-4732
12644326      Ocwen Loan Servicing,   Attn: Cashiering Department,   PO Box 785056,   Orlando, FL 32878-5056
12644327     +Ohio Child Support Payment Central,   PO Box 182303,   Columbus, OH 43218-2372
12671050     +Ohio Child Support Payment Central,   50 W Town Street,   5th FL,   Columbus OH 43215-4173
12644328     +Ohio Valley Orthopaedics,   8044 Montgomery Road, Suite 100,   Cincinnati, OH 45236-2924
12829456     +PNC Bank,   Western Loan Center,   2730 Liberty Ave BR Dept,   Pittsburg PA 15222-4704
12710622     +PRA Receivables Management, LLC,   As Agent Of Portfolio Recovery Assocs.,   POB 41067,
               NORFOLK VA 23541-1067
12644329     +Principal Investments Inc. dba Rapid,   6115 W.Flaingo Rd. #A,   Las Vegas, NV 89103-0122
12644330     +Resort At The Lakes,   9999 West Katie Avenue,   Las Vegas, NV 89147-8347
12644331      Sallie Mae,   P.O. Box 9500,   Wilkes Barre, PA 18773-9500
12644332      Sears Credit Cards,   PO Box 6937,   The Lakes, NV 88901-6937
12708875     +Speedy Rapid Cash,   3611 N Ridge Rd Ste 101,   Wichita KS 67205-1214
12963203     +Student Loan Xpress, Inc.,   c/o Education Loan Servicing Corporation,   Attn: Claims Department,
               1500 West 3rd Avenue, Suite 125,   Cleveland, OH 44113-1422
12644333      Travel Advantage Network,   PO Box 64220,   Baltimore, MD 21264-4220
12644334     +Villages of Wildwood,   5877 Ross Rd,   Fairfield, OH 45014-5570
12644335      Wells Fargo Financial,   PO Box 98784,   Las Vegas, NV 89193-8784
12827732      eCAST Settlement Corporation assignee of HSBC Bank,   Nevada and its Assigns,   POB 35480,
               Newark NJ 07193-5480
```

The following entities were noticed by electronic transmission on Feb 02, 2010.
```
12644300     +E-mail/Text: cashland@nuvox.net                               Cashland,   5708 Glenway Ave.,
               Cincinnati, OH 45238-2106
12644303     +Fax: 614-760-4092 Feb 02 2010 20:30:43     Checksmart,   658 Main Street,
               Cincinnati, OH 45202-2546
12644320     +E-mail/PDF: gecsedi@recoverycorp.com Feb 02 2010 19:34:06      JC Penny,   PO Box 960001,
               Orlando, FL 32896-0001
13040746     +E-mail/PDF: rmscedi@recoverycorp.com Feb 02 2010 19:34:15
               Recovery Management Systems Corporation,   For GE Money Bank,   dba JCPENNEY CREDIT SERVICES,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0648-1          User: wartmanb             Page 2 of 2                    Date Rcvd: Feb 02, 2010
Case: 09-14939                Form ID: pdf13             Total Noticed: 54

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 04, 2010**　　　　　　　　　　**Signature:**　　_Joseph Speetjens_