**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Jeffery P. Hopkins
United States Bankruptcy Judge

**Dated: April 21, 2010**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION – CINCINNATI**

In Re:

| | | |
|---|---|---|
| | : | Case No. 09-14939 |
| Michael C. Smith | : | Chapter 13 |
| Ethel E. Blakey - Smith | : | Judge Hopkins |
| | : | |
| **Debtor(s)** | : | **ORDER GRANTING OBJECTION TO PROOF OF CLAIM OF CITY OF FOREST PARK** |
| | : | |

This matter is before the Court on Debtor's Objection to Proof of Claim filed by City of Forest Park ("Creditor") (Claim No. 3-1).  The grounds for the relief sought are set forth in the Objection.  The Creditor was served with a copy of the Objection and given adequate time to respond to the allegations set forth in the Objection.  For good cause shown and such Creditor not disputing the allegations contained in the Objection, the Objection is granted.  The claim shall be disallowed priority status to the extent of $1,118.82.

**IT IS SO ORDERED.**

Served upon:

Default List

#####

# CERTIFICATE OF NOTICE

```
District/off: 0648-1          User: wartmanb          Page 1 of 1               Date Rcvd: Apr 22, 2010
Case: 09-14939                Form ID: pdf01          Total Noticed: 2

The following entities were noticed by first class mail on Apr 24, 2010.
db/jdb       +Michael C Smith,   Ethel E. Blakey-Smith,   39 Citadel Drive,   Fairfield, OH 45014-8565
12644307     +City of Forest Park,   Income Tax Division,   1201 West Kemper Road,   Cincinnati, OH 45240-1617

The following entities were noticed by electronic transmission.
NONE.                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 24, 2010**                    **Signature:**  _Joseph Speetjens_